**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 97-1655**

―――――――――――

MARTY A. FERGUSON,

Plaintiff - Appellant,

versus

FRANK A. SERIO & SONS, INCORPORATED; TIM
MCNEAL, Night Shift Foreman; TONY LOTITO,
V.P. of Operations; BAKERY CONFECTIONERY AND
TOBACCO WORKERS INTERNATIONAL UNION; AFL-CIO;
JOHN TRUCKENMILLER, Manager; GARY HARTHAUSEN,
Assistant Manager,

Defendants - Appellees.

―――――――――――

**No. 97-1785**

―――――――――――

MARTY R. FERGUSON,

Plaintiff - Appellant,

versus

FRANK A. SERIO & SONS, INCORPORATED; TIM
MCNEAL, Night Shift Foreman; TONY LOTITO,
V.P. of Operations; BAKERY CONFECTIONERY AND
TOBACCO WORKERS INTERNATIONAL UNION; AFL-CIO;
JOHN TRUCKENMILLER, Manager; GARY HARTHAUSEN,
Assistant Manager,

Defendants - Appellees.

MARTY R. FERGUSON,

Plaintiff - Appellant,

versus

FRANK A. SERIO & SONS, INCORPORATED; TIM
MCNEAL, Night Shift Foreman; TONY LOTITO,
V.P. of Operations; BAKERY CONFECTIONERY AND
TOBACCO WORKERS INTERNATIONAL UNION; AFL-CIO;
JOHN TRUCKENMILLER, Manager; GARY HARTHAUSEN,
Assistant Manager,

Defendants - Appellees.

Appeals from the United States District Court for the District of
Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CA-
96-3496-S)

Submitted: September 11, 1997      Decided: September 19, 1997

Before RUSSELL, MURNAGHAN, and HAMILTON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Mary R. Ferguson, Appellant Pro Se. William Nelson Butler, Robert
Walker Taylor, Jr., HOWARD, BUTLER & MELFA, P.A., Towson, Maryland;
H. Victoria Hedian, Frank Frio, ABATO, RUBENSTEIN & ABATO, P.A.,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Appellant appeals from the district court's orders denying his motion to amend his civil complaint, granting Defendants' motions for summary judgment, denying his motion for reconsideration, and denying as frivolous his motion to proceed in forma pauperis. We have reviewed the record and the district court's opinions and orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Ferguson v. Frank A. Serio & Sons, Inc.</u>, No. CA-96-3496-S (D. Md. Apr. 10; May 8; June 2 & June 10, 1997). Appellant's motions to compel discovery and to proceed in forma pauperis are denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

3